664 DODSLEY (Admr.) vs. PROBATE JUDGE (Wayne), No. 12515½.

To compel respondent to confirm a sale of certain real estate under a license.

Granted February 3, 1892, without costs.

The statute requires publication for six weeks successively next before such sale. The sale was set for January 20, 1892. The publications were December 7, 16, 23 and 30, and January 6 and 13.

It was insisted that the publications should have been made on the same day of the week.

Relator cited Snyder vs. Hemingway, 47 M., 553; Wilkinson vs. Conaty, 65 M., 614.